UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KAREN SAGASTUME,

    Plaintiff(s),

v.

WIRELESS COMMUNICATIONS OF NEVADA # 7, A LIMITED LIABILITY COMPANY,

    Defendant(s).

Case No.: 2:19-cv-00997-RFB-VCF

**Order**

Although the civil cover sheet identifies this case as involving employment discrimination, the complaint raises wage-and-hour claims under the Fair Labor Standards Act and state law. *Compare* Docket No. 1 *with* Docket No. 1-1.[1] As such, the Clerk's Office is **INSTRUCTED** to recode this case as a 710 Fair Labor Standards Act matter. As the case was referred to the Early Neutral Evaluation Program in error, *see* Local Rule 16-6(a), the early neutral evaluation is **VACATED** and the Clerk's Office is also **INSTRUCTED** to remove the undersigned as the settlement judge.

IT IS SO ORDERED.

Dated: August 8, 2019

                                                                           Nancy J. Koppe
                                                                           United States Magistrate Judge

---

[1] This error was brought to the undersigned's attention through a telephone call to chambers from a staff member of Plaintiff's counsel. *Ex parte* communications are prohibited and attorneys must generally provide notices to the Court through written filings on the docket. *See, e.g.*, Local Rule IA 7-2. As a one-time courtesy, however, the Court will not require such a filing in this case. Counsel must also more carefully review the civil cover sheet in the future.

1