# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

KAREN SAGASTUME,

        Plaintiff,

vs.

WIRELESS COMMUNICATIONS OF
NEVADA#7 LLC,a limited liability
company,WIRELESS COMMUNICATIONS OF
NEVADA #7,INC.,adomestic corporation;DOES
I-X inclusive,and ROE CORPORATIONS I-X,

        Defendant.

2:19-cv-00997-RFB-VCF

**ORDER**

        Before the Court is Richard L. Tobler, Ltd., and Richard L. Tobler, Esq.'s Motion to Withdraw as Counsel to Defendant Wireless Communications of Nevada #7 Inc. (ECF NO. 17).

        Counsel states that Wireless will be terminating business.  Wireless' Representatives have advised that they have met with bankruptcy counsel and will be proceeding with bankruptcy of its principals and Wireless' business.  *Id.*

        No opposition has been filed and the time to file an opposition has passed.

        Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

        Accordingly, and for good cause shown,

        IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel to Defendant Wireless Communications of Nevada #7 Inc. (ECF NO. 17) is GRANTED.

        IT IS FURTHER ORDERED that a telephonic status hearing is scheduled for 3:00 PM, December 3, 2020.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

The Clerk is directed to mail and email a copy of this Order to Wireless at the address below:

Wireless Communications of Nevada#7, Inc.
322 Karan Avenue, Unit 2905
Las Vegas, Nevada 89109

Email: jabbo22@gmail.com

DATED this 27th day of October, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE