# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KAREN SAGASTUME,<br><br>        Plaintiff,<br><br>vs.<br><br>WIRELESS COMMUNICATIONS OF NEVADA#7 LLC, a limited liability company, WIRELESS COMMUNICATIONS OF NEVADA #7, INC., a domestic corporation; DOES I-X inclusive, and ROE CORPORATIONS I-X,<br><br>        Defendants. | 2:19-cv-00997-RFB-VCF<br><br>**ORDER**<br><br>MOTION TO ENFORCE THE TERMS OF THE SETTLEMENT AGREEMENT (ECF NO. 20); MOTION TO REOPEN AND EXTEND DISCOVERY. (ECF NO. 21) |

      Before the Court is plaintiff Karen Sagastume's motion to enforce the terms of the settlement agreement and motion to reopen and extend discovery. (ECF Nos. 20 and 21). The Court orders that plaintiff must properly serve the defendant with these motions.

      The Court previously granted Richard L. Tobler, Ltd., and Richard L. Tobler, Esq.'s motion to withdraw as counsel to defendant Wireless Communications of Nevada #7 Inc. (ECF No. 18).  No opposition has been filed and the time to file an opposition has passed.

      Plaintiff noted in her motions that she served defendant Wireless, "via electronic filing with the Clerk of the Court using the Court's electronic filing system CM/ECF and serving all parties with an email address of record *who have agreed to receive Electronic Service in this action.*" (ECF Nos. 20 at 6 and 21 at 6). There is nothing in the record to indicate that defendant, now unrepresented by counsel, has agreed to receive electronic service via CM/ECF. The Court orders that plaintiff has until Wednesday,

1

January 13, 2021, to file a notice that states that she has served the defendant with these motions at the address and email address for the defendant reflected at ECF No. 17 at 4. The defendant will have two weeks to respond to these motions, calculated from the date that plaintiff files the notice.

Accordingly,

IT IS ORDERED that plaintiff has until Wednesday, January 13, 2021, to file a notice that states that she has properly served the defendant with her motions (ECF Nos. 20 and 21) by mailing and emailing a copy of her motions to:

> Wireless Communications of Nevada#7, Inc.
> 322 Karan Avenue, Unit 2905
> Las Vegas, Nevada 89109
> Email: jabbo22@gmail.com

IT IS FURTHER ORDERED that the Clerk is directed to also mail and email a copy of this Order to Wireless.

IT IS FURTHER ORDERED that the defendant will have two weeks to respond to plaintiff's motions calculated from the date plaintiff files her notice.

DATED this 6th day of January 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE