# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KAREN SAGASTUME,<br><br>    Plaintiff,<br><br>vs.<br><br>WIRELESS COMMUNICATIONS OF NEVADA #7 LLC, *et al.*,<br><br>    Defendants. | 2:19-cv-00997-RFB-VCF<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Leave to File a First Amended Complaint (ECF NO. 25).

No opposition has been filed and the time to file an opposition has passed.

Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, it seems as though defendants have consented to the granting of the instant motion.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Leave to File a First Amended Complaint (ECF NO. 25) is GRANTED. Plaintiff must file the Amended Complaint on or before March 1, 2021.

DATED this 22nd day of February, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE